**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1677**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES EDWARD LITMAN,

Claimant - Appellant,

and

1983 BMW 528I, VIN WBADK7302D7956669,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-89-1274-JFM)

———————

Submitted:  November 7, 1996          Decided:  November 18, 1996

———————

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Edward Litman, Appellant Pro Se.  Robert Eugene Sims, OFFICE
OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order denying his motion for return of forfeited property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Litman</u>, No. CA-89-1274-JFM (D. Md. Apr. 19, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3